**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

September 13, 2010

Clerk, U.S. Bankruptcy Court

RE: Margaret & Nelson Wharran
　　Bankruptcy Case No. 1-06-00404
　　Unclaimed Funds For: Advance America
　　　　　　　　　　　　351 Loucks Rd., Suite G-1
　　　　　　　　　　　　York PA 17404

Dear Clerk:

Enclosed herewith please find check No.784298 for $520.00 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　*Carol A. Kreider*

　　　　　　　　　　　　　　　Carol A. Kreider
　　　　　　　　　　　　　　　Funds Manager